Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED
JUL 2 4 2020
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

# UNITED STATES DISTRICT COURT
for the
western District of oklahome
Division

CIV 20 719 R

salwan ali abed aldulaimi

Case No. _____
(to be filled in by the Clerk's Office)

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial: *(check one)*  ☐ Yes  ☒ No

-v-

department of justice/ state of maryland

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | salwan ali abed aldulaimi |
   | Street Address | 2616 S I-35 service rd |
   | City and County | Oklahoma city/ oklahoma |
   | State and Zip Code | Oklahoma/ 73129 |
   | Telephone Number | 4059681224 |
   | E-mail Address | |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: department of justice
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: state of maryland
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

    The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

the united states monitoring system that is operated by most federal agencies specially the department of justice and what it does is can access any computer or mobile device and it records the screen activity what the user does and records through the camera and the microphone and the united states gov gathers all of these data of the targeted person and mostly stored in the pentagon per my knowledge and I was the target of this system stating when I was in turkey during my refuge request to the united states which I was being monitored 24/7hr and recorded each and every second of my life through the camera front and back and the microphone and anything I do on the screen and this system also categorizes the person that are being recorded through analyzing phone calls and other activity like social media and any other sounds recorded through the microphone

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

its beyond any description any reasonable act its not an action of a nation that recognizes human right or a right of privacy absolutely villains act and disgusting to an unimaginable level and I am still being recorded since I was in turkey until this day which I am filling this case and will continue this recording even after filling of this case because this act is being committed by the united states not by an above the law individual or agency and in a previous case I filed when I mentioned very little details about this system a federal judge called the case fanciful in order to cover up the horrible misconduct of the united states of America therefore because such actions being committed against me by the united states my demand is as follows a million dollars for each and every day the united states was recording and monitoring me which I set the start date may 1/2016

Doc no.a1 this a continuing to the statement of claim

On December 2016 after my arrival into the state of Maryland I have been granted the right to vote and I was informed by the department of the social services while applying for food stamps and discussing how I am settling in the united states and at the time I did not have a state id card or social security card I only had I-94 document/ the statement and details I will provide on this page is things I have witnessed happening in Maryland and other states 1.the anti America population that is being created by states like Maryland and the department of justice through radicalization as was being done with me through many ways one of them was releasing info about the monitoring and you are on the fbi watch list because I am from Iraq and also everything negative or I find or complain about the statement I get is this America this our country this statement by local government agencies/departments and other civilian agencies even though that the subject at issue is state ruled and the brain washing and manipulation even started while I was in turkey the main reason is to be radicalized and want to bring destruction to America and after some people is proven safe to be recruited there is an orienteering and training on how to serve and aid their purpose mainly those people are radicals the jihadi ideologist and this orienteering and training is by local government and department of justice personnel including how the monitoring system operates and what to say and not to say through phone calls or even around ones mobile device and when I was not radicalized its when i started being targeted electronically and through those people whom are already a part of this operation and things started to get worse when I decided to take these things to the court things started to get so much worse like being stalked when ever I go out and always trying to inforce radical Islamic ideology electronically and through people I lived with and threats and when I did not back off they tried an assassination through a hit by a car so it would seems as an accident and did not work with me as well and they where telling to leave America and when I did not they started to make as a mass shooter through many harassments by co workers at my work place 861 e gude drive Rockville Maryland and through statements through people working directly with the department of justice and the state of Maryland and these statements where go and kill people because the government wants you to do that because they have so many people and to me it was either I do that or I leave America or go framed to prison where there was an arson frame up awaits me at the same 861 e gude drive location and also the targeting was any places I frequent especially a bar coffee shop and agents where telling the staff of any of these places I frequent he is a possible mass shooter the same as in my work place and the main harassment and targeting is done by people referred as the black mob it's a very large groups indirect contact with the government of Maryland and the department of justice as I witnessed and most of them drug dealers and worst felons and they are the same as the black lives matter group and also suiciders like George Floyd and the assassinations of police officers and the protests that follows as some of those protesters told me they get text messaging instructing them to protest and also the department of justice and the government of Maryland the democrats is working with many foreign countries including the Chinese and others as well and the department of justice message to me was we are destroying America why do you want to stop us and also the involvement of the democrats or the doj and Maryland in the corona virus and the spreading of the virus and in march 2020 I was infected deliberately and they started to target the united states armed forces to weaken the united states and last month in june 2020 they tried poisoning me that was early june and they thought I will die of this poisoning when the mid june the virus stopped spreading and then they returned the spreading when I survived in which they are spreading the virus on daily basis as I noticed and also I am capable of providing evidence that will indict each and every federal bureau of investigation field of many crimes the least of these crimes terrorism and espionage

A-2

and also the office of the inspector general/ and giving these information not in order and through printing at the fedex office and I just want to give the court an idea of what is going on and I did not organize the events specifically because I am not even capable of providing a full detailed statement and I will also attach a receipt and this case has details of over 3years and evets that happened per day and also there an under cover agents/ operatives of the democrats posing as republicans some I know who and why/ and the events of the Fallujah the people who started the war in Fallujah also working with democrats I know the most important reason why and I believe there other reasons and some of those people I know in person and these information needs further verification.

I salwan ali abed aldulaimi herby declare all of these information true to which I witnessed and other information is to the best of my knowledge

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07/17/2020

Signature of Plaintiff: salwan aldulaimi

Printed Name of Plaintiff: salwan ali abed aldulaimi

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address